"In care of"
Anthony D. McNeill
3631 Wind Sock Court
Eastover, NC 28312
2/72023

> **Motion DENIED.**
> This the  12  day of  May , 20 23 .
> /s/Louise W. Flanagan, U.S. District Judge

FILED
FEB 0 8 2023
PETER A. MOORE, JR., CLERK
US DISTRICT COURT, EDNC
BY _____ DEP CLK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN OF NORTH CAROLINA

Anthony D. McNeill]
  Plaintiff ]

Request for Jury Trial
Reserve The Right To Amen

Case Number 5:23-CV-00003-FL

Vs. ]

STATE OF NORTH CAROLINA ]
(Agent: Michael Bulleri, Special Deputy Attorney General
NORTH CAROLINA DEPARTMENT OF JUSTICE)
NORTH CAROLINA STATE BAR ]
(Agent: Michael Bulleri, Special Deputy Attorney General
NORTH CAROLINA DEPARTMENT OF JUSTICE)
John A. Mandulak (Attorney at HUTCHENS LAW FIRM) ]
(Agent: Attorney Davis Puryear)
Hannah Hein (Attorney at HUTCHENS LAW FIRM) ]
(Agent: Attorney Davis Puryear)
Davis Puryear (Attorney at HUTCHENS LAW FIRM) ]
(Agent: Attorney Davis Puryear)
HUTCHENS LAW FIRM ]