UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| ANTHONY D. MCNEILL )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>STATE OF NORTH CAROLINA, Agent: )<br>North Carolina Department of Justice; )<br>NORTH CAROLINA STATE BAR; JOHN )<br>A. MANDULAK, Attorney, Hutchens Law)<br>Firm; HANNAH HEIN, Attorney, Hutchens )<br>Law Firm; DAVIS PURYEAR, Attorney, )<br>Hutchens Law Firm; HUTCHENS LAW )<br>FIRM; NATIONSTAR MORTGAGE LLC, )<br>Mortgage Servicer, d/b/a Mr. Cooper; )<br>SUBSTITUTE TRUSTEE SERVICES, )<br>INC.; L.W. BLAKE, Substitute Trustee; )<br>and LAKEVIEW LOAN SERVICING, )<br>LLC )<br>Defendants. ) | **JUDGMENT**<br><br>No. 5:23-CV-3-FL |

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendants' motions to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered June 12, 2023, and for the reasons set forth more specifically therein, that defendants' motions to dismiss are granted and this case is dismissed for failure to state a claim.

**This Judgment Filed and Entered on June 12, 2023, and Copies To:**
Anthony D. McNeill (via CM/ECF Notice of Electronic Filing)
Michael Elmer Bulleri / Davis Wright Puryear (via CM/ECF Notice of Electronic Filing)

June 12, 2023        PETER A. MOORE, JR, CLERK

                     /s/ Sandra K. Collins
                     (By) Sandra K. Collins, Deputy Clerk